# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE KAY BRAZIL,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | Case No. 1:14-cv-01613-GSA<br><br>**ORDER VOLUNTARILY REMANDING CASE PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**<br><br>(ECF No. 9) |

Based on the stipulation submitted by the parties (ECF No. 9), this matter shall be remanded to the Commissioner as authorized by sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the parties' joint stipulation. Judgment shall be entered for Plaintiff.

On remand, the Appeals Council will remand the case to an Administrative Law Judge for a *de novo* hearing based on the corrected administrative record.

The Clerk of the Court is directed to enter final judgment in favor of Plaintiff Bonnie Kay Brazil against Defendant Carolyn W. Colvin, the Acting Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated: __**March 3, 2015**__          /s/ Gary S. Austin
                                                 UNITED STATES MAGISTRATE JUDGE