Monica Perales
Attorney at Law: 297739
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
Bonnie Kay Brazil

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE KAY BRAZIL,<br><br>    Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 1:14-cv-01613-GSA<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>Doc. 12 |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

    IT IS ORDERED that fees and expenses in the amount of $900.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $15.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation. *See* Doc. 12.

IT IS SO ORDERED.

    Dated: **May 27, 2015**                  /s/ Gary S. Austin
                                                               UNITED STATES MAGISTRATE JUDGE